**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Corey Dane Smith,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Clark County,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-00952-GMN-BNW<br><br>**ORDER and REPORT AND RECOMMENDATION** |

Before this Court is Plaintiff's motion to proceed *in forma pauperis* and a 42 U.S.C. § 1983 complaint against Clark County. ECF Nos. 1 and 1-1. This Court notes that Plaintiff filed a similar case, 2:25-cv-350-RFB-BNW, which alleges facts connected to the same nucleus of events alleged in the instant complaint. As a result, this Court recommends that this case be dismissed without leave to amend (in this case). To the extent there are any differences between the complaints in this case and 2:25-cv-350-RFB-BNW, this Court will allow Plaintiff to amend his claims in 2:25-cv-350-RFB-BNW to include these claims.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **DENIED as moot.**

**IT IS FURTHER RECOMMENDED** that this case be dismissed without prejudice and without leave to amend in this case, and with the ability for Plaintiff to amend in 2:25-cv-350-RFB-BNW.

**NOTICE**: This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE